Thomas P. Riley, SBN 194706  JS-6
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Bernardo Cuevas Estrada,<br><br>Defendant. | CASE NO. 5:13-cv-01654-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BERNARDO CUEVAS ESTRADA, individually and d/b/a LOS CUNADOS RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant BERNARDO CUEVAS ESTRADA, individually and d/b/a LOS CUNADOS RESTAURANT, that the above-entitled defendants is hereby dismissed **without prejudice** against BERNARDO CUEVAS ESTRADA, individually and d/b/a LOS CUNADOS RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 15, 2015, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL
Case No. 5:13-cv-01654-WDK-PLA
PAGE 1

1
2
3  IT IS SO ORDERED:
4
5  _[signature]_                               Dated: 11/25/14
6  The Honorable William D. Keller
7  United States District Court
   Central District of California
8
9
10
11
12  ///
13  ///
14  ///
15
16  ///
17  ///
18  ///
19  ///
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL
Case No. 5:13-cv-01654-WDK-PLA
PAGE 2